## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

  v.               11-cv-360-wmc

MEFFERT OIL COMPANY, INC.
d/b/a MEFFERT'S BP ONE STOP,

        Defendant.

---

    This action came for consideration before a jury and the court with U. S. District Judge William M. Conley presiding.  The issues have been tried and a decision has been rendered.

---

     **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Meffert Oil Company, Inc. against plaintiff EEOC with prejudice.

    Approved as to form this _15t_ day of October, 2012.

William M. Conley, District Judge

Peter Oppeneer, Clerk of Court         10/2/12

                   Date