IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

v.                                         11-cv-360-wmc

MEFFERT OIL COMPANY, INC.
d/b/a MEFFERT'S BP ONE STOP,

                Defendant.

---

This action came for consideration before a jury and the court with U. S. District Judge William M. Conley presiding. The issues have been tried and a decision has been rendered.

---

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Meffert Oil Company, Inc. against plaintiff EEOC with prejudice.

Approved as to form this _1st_ day of October, 2012.

_____
William M. Conley, District Judge

_____                          10/2/12
Peter Oppeneer, Clerk of Court                         Date